UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. SONNY SONIA,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>        Defendants. | No. 2:14-cv-2975-JAM-KJN PS<br><br><br>ORDER |

On April 27, 2015, plaintiff, proceeding without the assistance of counsel, filed a motion for permission to utilize the court's electronic filing system for any future filings she makes in this case. (ECF No. 7.) In this motion, plaintiff states that she has reviewed the requirements for electronically filing documents in this District and agrees to abide by them. Id. She further states that she also has regular access to all of the resources necessary to successfully use the electronic filing system. Id.

Under Eastern District Local Rule 133(b)(2) "[a]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." Pursuant to Local Rule 133(b)(3), a pro se party may request the court to permit that party to utilize electronic filing. However, "[r]equests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be

1

1   had, as written motions setting out an explanation of reasons for the exception." E.D. Local Rule
2   133(b)(3).
3       Plaintiff's motion does not indicate that she has unsuccessfully attempted to obtain a
4   stipulation from defendants to permit her to make electronic filings in this case. See E.D. Local
5   Rule 133(b)(3).  Furthermore, plaintiff does not alternatively show that such a stipulation cannot
6   be had, as the Local Rules require.  See id.  Because plaintiff fails to make the showing required
7   by Local Rule 133, her motion for permission to utilize the court's electronic case filing system in
8   this action (ECF No. 7) is DENIED without prejudice.  Plaintiff may later file a renewed request
9   to file electronically provided that the request conforms to the requirements set forth in Local
10  Rule 133 and shows that plaintiff has been able to proceed in this case in conformance with the
11  Federal Rules of Civil Procedure, the court's Local Rules, and the court's orders.
12      IT IS SO ORDERED.
13  Dated: April 29, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE