UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. SONNY SONIA,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>        Defendants. | No. 2:14-cv-2975-JAM-KJN PS<br><br>ORDER |

On October 9, 2015, plaintiff filed a "Voluntary Request for Dismissal" of this action without prejudice. (ECF No. 26.) The court construes this filing as a motion to voluntarily dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Federal Rule of Civil Procedure 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing . . . (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Fed. R. Civ. P. 41(a)(1)(A)(i); see also United States v. Real Property Located at 475 Martin Lane, Beverly Hills, CA, 545 F.3d 1134, 1145 (9th Cir. 2008) (noting that dismissal under Rule 41(a)(1)(A)(i) requires no action on the part of the court and divests the court of jurisdiction once the notice of voluntary dismissal is filed). Because defendants have not yet served an answer or motion for summary judgment in this action, plaintiff's request for dismissal is effective without a court order. Nevertheless, for

purposes of clarity only, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion to voluntarily dismiss this action without prejudice (ECF No. 26) is granted.

    2.  The action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    3.  The October 14, 2015 order to show cause (ECF No. 27) is discharged.

    4.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  October 15, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE